UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND W. LYNCH

v.  CA 11-043 ML

WARDEN KETTLE

MEMORANDUM AND ORDER

This matter is before the Court on the Objection of Petitioner (Docket #16) to a Report and Recommendation (Docket #15) issued by Magistrate Judge Martin on September 15, 2011. The Court has reviewed the Report and Recommendation and Petitioner's Objection. Finding no merit in Petitioner's Objection, the Court adopts the Report and Recommendation in its entirety.

The Motion to Dismiss is GRANTED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
October 6, 2011